# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-00849(6)-FM |
| | § | |
| (6) Jose Antonio Torres Marrufo | § | |

## ORDER SETTING DOCKET CALL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DOCKET CALL** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Friday, June 07, 2019 at 09:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.

IT IS SO ORDERED this 3rd day of June, 2019.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE